# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136363

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

DONALD MICHAEL PALMER,
   Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136363
COA: 282334
Mecosta CC: 06-005884-FC

_____/

   On order of the Court, the application for leave to appeal the March 26, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

Clerk

t0721